IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RAYMOND MATHIS, #140252, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:08-cv-0277-MEF |
| ) | WO |
| ANDY HUGHES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #44) to the Recommendation of the Magistrate Judge filed on September 16, 2010 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #44) entered on August 10, 2010 is adopted;

3. The defendants' motion for summary judgment is GRANTED and this case is DISMISSED with prejudice.

4. The costs of this proceeding are taxed against the plaintiff.

DONE this the 20th day of September, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE